■ OLEAN MEDICAL GROUP LLP, Respondent, v GARWOOD E. LECKBAND, M.D., Appellant. (Appeal No. 2.) [820 NYS2d 915]— Appeal from an order of the Supreme Court, Cattaraugus County (Larry M. Himelein, A.J.), entered November 18, 2005. The order denied defendant's cross motion to dismiss the complaint pursuant to CPLR 3211.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Olean Med. Group LLP v Leckband* (32 AD3d 1214 [2006]). Present—Pigott, Jr., P.J., Kehoe, Martoche, Smith and Pine, JJ.